IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KEITH MONTEL JONES                                                                             PLAINTIFF

v.                                             Case No. 6:22-cv-6063

ARKANSAS DIVISION OF CORRECTION, *et al.*                                          DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed September 13, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends that this case be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is warned that the dismissal of this case may be counted as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED**, this 5th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge